**Harry T. PRATT et al. v. UNITED STATES of America.**

**No. 593.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 28, 1932.

Hugh Ownby, of Tulsa, Okl., for appellants.

A. E. Williams, Asst. U. S. Atty., of Tulsa, Okl.

Before LEWIS and COTTERAL, Circuit Judges, and KENNAMER, District Judge.

**PER CURIAM.**

Appeal dismissed for failure to prosecute.

**Norris H. PYRON v. F. G. ZERBST, Warden.**

**No. 672.**

Circuit Court of Appeals, Tenth Circuit.

April 16, 1932.

Randal C. Harvey, of Topeka, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

**PER CURIAM.**

Appeal dismissed for want of merit.

**Charles S. QUINZEL, a Creditor of George E. Thomas, Bankrupt, Petitioner, v. Joseph P. DAY and Pauline M. Pope Day, His Wife, and Samuel J. Kaufman, Respondents.**

**No. 4868.**

Circuit Court of Appeals, Third Circuit.

July 7, 1932.

E. A. Merrill, of Westfield, N. J., and Smith & Slingerland, of Newark, N. J., for petitioner.

Samuel J. Kaufman, of Newark, N. J., for respondents.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

**PER CURIAM.**

Under the peculiar circumstances of this case, we think the matter involved in the decree of Judge Fake was one within his discretionary power. We therefore affirm his order appealed from.

**Charles ROSE, alias Charles Rhodes, v. UNITED STATES.**

**No. 6180.**

Circuit Court of Appeals, Sixth Circuit.

April 13, 1932.

Howell Leuck and A. J. Dickson, both of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

**PER CURIAM.**

Docketed and dismissed pursuant to motion of counsel for appellee.